IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| WESLEY DUFFIELD, | ) |
| Petitioner, | ) |
| v. | ) Case No. CIV-18-739-SLP |
| FNU BEAR, Warden, | ) |
| Respondent. | ) |

**O R D E R**

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Gary M. Purcell entered herein on August 6, 2018 [Doc. No. 6]. Judge Purcell recommended that Petitioner's Motion for Leave to Proceed *In Forma Pauperis* be denied and that he be required to pay the filing fee in the amount of $5.00 on or before August 23, 2017. The Court Docket reflects that Petitioner paid the filing fee on August 15, 2017. Therefore, the Report and Recommendation is adopted in its entirety. The Motion for Leave to Proceed *In Forma Pauperis* is denied and this matter is re-referred to United States Magistrate Judge Gary M. Purcell in accordance with the original referral entered herein on August 2, 2018.

IT IS SO ORDERED this 28th day of August, 2018.

_____
SCOTT L. PALK
UNITED STATES DISTRICT JUDGE